# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUDE FAHEY**, | CIVIL ACTION NO. 3:17-CV-1399 |
| Plaintiff | (Chief Judge Conner) |
| v. | |
| **NANCY A. BERRYHILL**, Acting Commissioner of Social Security, | |
| Defendant | |

## ORDER

AND NOW, this 16th day of May, 2018, upon consideration of the report (Doc. 12) of Chief Magistrate Judge Susan E. Schwab, recommending that the court deny the appeal of plaintiff Jude Fahey ("Fahey") from the decision of the administrative law judge denying Fahey's application for disability insurance benefits and for supplemental security income, and it appearing that Fahey did not object to the report, see FED. R. CIV. P. 72(b)(2), and the court observing that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV.

P. 72(b), advisory committee notes, and, following an independent review of the record, the court being in agreement with Judge Schwab that the decision of the administrative law judge is "supported by substantial evidence," 42 U.S.C. § 405(g); Fargnoli v. Massanari, 247 F.3d 34, 38 (3d Cir. 2001), and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 12) of Chief Magistrate Judge Schwab is ADOPTED.

2. The decision of the Commissioner denying Fahey's application for disability insurance benefits and supplemental security income is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against Fahey as set forth in paragraph 2.

4. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania